UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:    GIBSON, THOMAS P    )
          )
          GIBSON, PATSY M     )    NO. 10-93867
          )
          )

### TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Pursuant to Fed. R. Bankr.P. 3011, Kathryn L. Pry, Trustee herein submits the following notice of unclaimed dividends to the Court.

| Payee(s) | Last Known Address(es) | Amounts(s) |
|---|---|---|
| General Electric Capital Corporation | 300 John Carpenter Fwy Suite 207 Irving, TX 75062 | $1214.03 |

Date of Payment - April 17, 2017
Check # 13034

/s/ Kathryn L. Pry, Trustee
P.O. Box 6771
New Albany, IN  47151
812-944-2646
kpry.trustee@att.net

\*   Check was not returned to the Trustee, but has not been cashed.  Trustee has attempted to contact via the telephone number on the proof of claim but it is disconnected.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the Notice was served on August 8, 2017 by depositing it in the U.S. Mail, first-class postage prepaid, or electronically upon the following person(s) or entity(ties):

United States Trustee, 101 W. Ohio Street, Suite 1000, Indianapolis, IN  46204
Richard A. Schwartz, 3339 Taylorsville Road, Louisville, KY 40202
General Electric Capital Corporation, 300 John Carpenter Fwy, Suite 207, Irving, TX 75062

/s/ Kathryn L. Pry