

SO ORDERED: October 17, 2024.

**Andrea K. McCord**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W Spring St Rm 110
New Albany, IN 47150

SF03470 (rev 12/2022)

In re:

**Thomas P Gibson**,                                      Case No. **10–93867–AKM–7A**
**Patsy M Gibson**,
                     Debtors.

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

An Application for Payment of Unclaimed Funds was filed on October 9, 2024, by General Electric Company c/o Dilks & Knopik, LLC for payment of unclaimed funds deposited with the Court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish the entitlement of the claimant to the unclaimed funds.

**IT IS ORDERED** that the application is **GRANTED**.

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 2042, the held unclaimed funds be disbursed as follows:

   Amount:  $1,214.03
   Claimant: General Electric Company c/o Dilks & Knopik, LLC
   Address:  35308 SE Center St, Snoqualmie, WA 98065

**NOTICE IS GIVEN** that the Clerk will disburse these funds no earlier than **14 days** from the date of this order.

                                    ###