United States Bankruptcy Court

Southern District of Indiana

| | |
|---|---|
| In re: | Case No. 10-93867-AKM |
| Thomas P Gibson | Chapter 7 |
| Patsy M Gibson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0756-4 | User: admin | Page 1 of 5 |
| Date Rcvd: Oct 17, 2024 | Form ID: pdfOrder | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: cmecf@dilksknopik.com | Oct 17 2024 21:20:00 | Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065, UNITED STATES 98065-9216 |
| 10633547 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2024 21:30:18 | General Electric Capital Corporation, 300 John Carpenter Fwy Suite 207, Irving, Texas 75062-2727 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2024            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allen Morris | |
| | on behalf of Creditor Republic Bank and Trust Company amorris@stites.com  dgoodman@stites.com |
| Allen Morris | |
| | on behalf of Creditor Intrust Bank  NA amorris@stites.com, dgoodman@stites.com |
| Andrew James Vandiver | |

| | |
|---|---|
| District/off: 0756-4 | User: admin | Page 2 of 5 |
| Date Rcvd: Oct 17, 2024 | Form ID: pdfOrder | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Defendant John F. Gibson avandiver@aswdlaw.com  jrobb@aswdlaw.com |
| Andrew James Vandiver | |
| | on behalf of Defendant G P Cattle  LLC avandiver@aswdlaw.com, jrobb@aswdlaw.com |
| Andrew James Vandiver | |
| | on behalf of Defendant Grant P. Gibson avandiver@aswdlaw.com  jrobb@aswdlaw.com |
| Andrew James Vandiver | |
| | on behalf of Defendant Gibson Cattle Company  L.L.C. avandiver@aswdlaw.com, jrobb@aswdlaw.com |
| Anthony G. Raluy | |
| | on behalf of Defendant Nathan Elder traluy@rendigs.com |
| Anthony G. Raluy | |
| | on behalf of Defendant Ernie Elder traluy@rendigs.com |
| Bret S Clement | |
| | on behalf of Creditor The First Bank and Trust Company bclement@acs-law.com  sfinnerty@acs-law.com |
| Brian H Meldrum | |
| | on behalf of Defendant Monty Koller bmeldrum@stites.com |
| Brian H Meldrum | |
| | on behalf of Creditor Intrust Bank  NA bmeldrum@stites.com |
| Brian Robert Pollock | |
| | on behalf of Defendant Monty Koller bpollock@stites.com  StitesCOMPULAW@stites.com;doregan@stites.com |
| Christine K. Jacobson | |
| | on behalf of Defendant Indiana Farmers Mutual Insurance Company cjacobson@jacobsonhile.com 5412@notices.nextchapterbk.com,9992889420@filings.docketbird.com |
| Courtney Elaine Chilcote | |
| | on behalf of Defendant Danny Fackler courtney@ckhattorneys.com  ckh@ckhattorneys.com;tracy@ckhattorneys.com |
| Daniel J. Donnellon | |
| | on behalf of Creditor The First Bank and Trust Company ddonnellon@bgdlegal.com  knorwick@bgdlegal.com |
| David L. LeBas | |
| | on behalf of Creditor J&F Oklahoma Holdings  Inc. dlebas@namanhowell.com, koswald@namanhowell.com |
| Deborah Caruso | |
| | on behalf of Plaintiff Kathryn L. Pry dcaruso@rubin-levin.net dwright@rubin-levin.net;cgilly@rubin-levin.net;atty_dcaruso@bluestylus.com |
| Deborah Caruso | |
| | on behalf of Trustee Kathy Pry Coryell dcaruso@rubin-levin.net dwright@rubin-levin.net;cgilly@rubin-levin.net;atty_dcaruso@bluestylus.com |
| Dustin R. DeNeal | |
| | on behalf of Other Professional James A. Knauer ddeneal@firstib.com noticeFRindy@faegredrinker.com;faegrebddocket@faegredrinker.com |
| Edward M King | |
| | on behalf of Plaintiff Fifth Third Bank tking@fbtlaw.com  lsugg@fbtlaw.com;tking@ecf.inforuptcy.com |
| Edward M King | |
| | on behalf of Creditor Fifth Third Bank tking@fbtlaw.com  lsugg@fbtlaw.com;tking@ecf.inforuptcy.com |
| Erick P Knoblock | |
| | on behalf of Trustee Kathy Pry Coryell eknoblock@daleeke.com |
| Fred R Simon | |
| | on behalf of Joint Debtor Patsy M Gibson fredsimon09@gmail.com  pam3339@gmail.com |
| Fred R Simon | |
| | on behalf of Debtor Thomas P Gibson fredsimon09@gmail.com  pam3339@gmail.com |
| James A. Knauer | |
| | on behalf of Other Professional James A. Knauer jak@kgrlaw.com  tjf@kgrlaw.com |
| James T Young | |
| | on behalf of Trustee Kathy Pry Coryell james@rubin-levin.net  lking@rubin-levin.net |
| Jeremy M. Dunn | |
| | on behalf of Plaintiff Fifth Third Bank jeremy.dunn@autofinance.com  bankruptcy@autofinance.com |
| Jerry Rhea Howard | |
| | on behalf of Creditor Fifth Third Bank jhoward@zwickerpc.com |
| John Huffaker | |
| | on behalf of Creditor Friona Industries  L.P. john.huffaker@sprouselaw.com, rhonda.rogers@sprouselaw.com |

District/off: 0756-4 User: admin Page 3 of 5
Date Rcvd: Oct 17, 2024 Form ID: pdfOrder Total Noticed: 2

| | |
|---|---|
| John C. Hoard | on behalf of Trustee Kathy Pry Coryell johnh@rubin-levin.net lking@rubin-levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net |
| John C. Hoard | on behalf of Plaintiff Kathryn L. Pry johnh@rubin-levin.net lking@rubin-levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net |
| John Frederick Massouh | on behalf of Creditor Friona Industries L.P. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John Hunt Lovell | on behalf of Creditor Cactus Feeders Finance LLC john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net |
| John Hunt Lovell | on behalf of Creditor Cactus Growers Inc. john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net |
| John Hunt Lovell | on behalf of Creditor Cactus Operating LLC john@lovell-law.net, sabrina@lovell-law.net;shannon@lovell-law.net;paula@lovell-law.net |
| Joseph L. Mulvey | on behalf of Plaintiff Kathryn L. Pry joseph@mulveylawllc.com linda@mulveylawllc.com |
| Karen L. Lobring | on behalf of Creditor Deere & Company lobring@msn.com |
| Karen L. Lobring | on behalf of Creditor FPC Financial f.s.b. lobring@msn.com |
| Kathy Pry Coryell | kpry.trustee@gmail.com IN36@ecfcbis.com |
| Kim Martin Lewis | on behalf of Other Professional Elizabeth M. Lynch klewis@fbtlaw.com lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com |
| Laura Day DelCotto | on behalf of Creditor Bluegrass-Maysville Stockyards LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com;delcottolr64283@notify.bestcase.com |
| Laura Day DelCotto | on behalf of Creditor Blue Grass South Livestock Market LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com;delcottolr64283@notify.bestcase.com |
| Laura Day DelCotto | on behalf of Creditor Blue Grass Stockyards of Campbellsville LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com;delcottolr64283@notify.bestcase.com |
| Laura Day DelCotto | on behalf of Creditor Blue Grass Agricultural Development LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com;delcottolr64283@notify.bestcase.com |
| Laura Day DelCotto | on behalf of Creditor Blue Grass Stockyards LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com;delcottolr64283@notify.bestcase.com |
| Laura Day DelCotto | on behalf of Creditor Blue Grass Stockyards East LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com;delcottolr64283@notify.bestcase.com |
| Laura Day DelCotto | on behalf of Creditor Market Management Services LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com;delcottolr64283@notify.bestcase.com |
| Laura Day DelCotto | on behalf of Creditor Blue Grass Agricultural Development East LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com;delcottolr64283@notify.bestcase.com |
| Laura Day DelCotto | on behalf of Creditor Cattle Group LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com;delcottolr64283@notify.bestcase.com |
| Laura Day DelCotto | on behalf of Creditor Agricultural Casualty & Indemnity LTD ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com;delcottolr64283@notify.bestcase.com |
| Laura Day DelCotto | on behalf of Creditor Blue Grass Stockyards of Richmond LLC ldelcotto@dlgfirm.com, dlgecf@dlgfirm.com;dlgecfs@gmail.com;delcottolr64283@notify.bestcase.com |
| Lisa Koch Bryant | |

District/off: 0756-4 User: admin Page 4 of 5
Date Rcvd: Oct 17, 2024 Form ID: pdfOrder Total Noticed: 2

| | |
|---|---|
| | on behalf of Creditor Peoples Bank & Trust Co. lbryant@tilfordlaw.com cgregory@tilfordlaw.com |
| Marc Alexander Beatty | |
| | on behalf of Defendant Indiana Farmers Mutual Insurance Company mabeatty@katzkorin.com dyoung@katzkorin.com |
| Mark A. Robinson | |
| | on behalf of Creditor J&F Oklahoma Holdings Inc. mrobinson2403@gmail.com |
| Mark A. Robinson | |
| | on behalf of Creditor Cactus Feeders Inc. mrobinson2403@gmail.com |
| Mark A. Robinson | |
| | on behalf of Creditor Friona Industries L.P. mrobinson2403@gmail.com |
| Mark A. Robinson | |
| | on behalf of Defendant Atkinson Livestock Market LLC mrobinson2403@gmail.com |
| Mark J. Sandlin | |
| | on behalf of Creditor PBI Bank Inc. msandlin@goldbergsimpson.com |
| Melissa S. Giberson | |
| | on behalf of Creditor Fifth Third Bank msgiberson@vorys.com |
| Meredith R. Theisen | |
| | on behalf of Plaintiff Kathryn L. Pry mtheisen@rubin-levin.net mralph@rubin-levin.net;cgilly@rubin-levin.net |
| Meredith R. Theisen | |
| | on behalf of Trustee Kathy Pry Coryell mtheisen@rubin-levin.net mralph@rubin-levin.net;cgilly@rubin-levin.net |
| Michael W. McClain | |
| | on behalf of Defendant Grant P. Gibson mmcclain@mcclainlawgroup.com |
| Michael W. McClain | |
| | on behalf of Defendant John F. Gibson mmcclain@mcclainlawgroup.com |
| Michael W. McClain | |
| | on behalf of Creditor Grant Gibson mmcclain@mcclainlawgroup.com |
| Michael W. McClain | |
| | on behalf of Creditor Gibson Cattle Company LLC mmcclain@mcclainlawgroup.com |
| Michael Wayne Oyler | |
| | on behalf of Creditor Your Community Bank moyler@rwsvlaw.com |
| Randall D. LaTour | |
| | on behalf of Creditor Fifth Third Bank RDLatour@vorys.com kcmunn@vorys.com |
| Richard A. Schwartz | |
| | on behalf of Debtor Thomas P Gibson rick@kslaws.com april@kslaws.com;quire3339@gmail.com;KrugerSchwartz@jubileebk.net;ecfmailschwartz@gmail.com;r48936@notify.bestcase.com;theresa@kslaws.com |
| Richard A. Schwartz | |
| | on behalf of Joint Debtor Patsy M Gibson rick@kslaws.com april@kslaws.com;quire3339@gmail.com;KrugerSchwartz@jubileebk.net;ecfmailschwartz@gmail.com;r48936@notify.bestcase.com;theresa@kslaws.com |
| Richard C. Maxwell | |
| | on behalf of Defendant Danny Fackler rmaxwell@woodsrogers.com |
| Sandra D. Freeburger | |
| | on behalf of Creditor Anna Gayle Gibson sfreeburger@dsf-atty.com scain@dsf-atty.com |
| Sandra D. Freeburger | |
| | on behalf of Creditor Estate of John S. Gibson Anna Gayle Gibson Execut sfreeburger@dsf-atty.com, scain@dsf-atty.com |
| Susan K. Roberts | |
| | on behalf of Creditor Rex Elmore skr@stuartlaw.com lbt@stuartlaw.com |
| Terry E. Hall | |
| | on behalf of Other Professional James A. Knauer terry.hall@faegrebd.com terryhall@outlook.com |
| Thomas Eric Schulte | |
| | on behalf of Defendant Donald L. Ehrsam tschulte@schultelawoffice.com agregory@scopelitis.com |
| Trevor L. Earl | |
| | on behalf of Defendant Your Community Bank tearl@rwsvlaw.com |
| Trevor L. Earl | |
| | on behalf of Creditor Your Community Bank tearl@rwsvlaw.com |
| U.S. Trustee | |
| | ustpregion10.in.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0756-4 | User: admin | Page 5 of 5 |
| Date Rcvd: Oct 17, 2024 | Form ID: pdfOrder | Total Noticed: 2 |

W. Brian Burnette     on behalf of Creditor Park Community Federal Credit Union bburnette@afpfirm.com

TOTAL: 79

**SO ORDERED: October 17, 2024.**



_____
**Andrea K. McCord**
**United States Bankruptcy Judge**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>Southern District of Indiana<br>121 W Spring St Rm 110<br>New Albany, IN 47150 | SF03470 (rev 12/2022) |

In re:

**Thomas P Gibson**,
**Patsy M Gibson**,
           Debtors.

Case No. **10–93867–AKM–7A**

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

An Application for Payment of Unclaimed Funds was filed on October 9, 2024, by General Electric Company c/o Dilks & Knopik, LLC for payment of unclaimed funds deposited with the Court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish the entitlement of the claimant to the unclaimed funds.

**IT IS ORDERED** that the application is **GRANTED**.

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 2042, the held unclaimed funds be disbursed as follows:

   Amount:  $1,214.03
   Claimant: General Electric Company c/o Dilks & Knopik, LLC
   Address:  35308 SE Center St, Snoqualmie, WA 98065

**NOTICE IS GIVEN** that the Clerk will disburse these funds no earlier than **14 days** from the date of this order.

###